IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01082-REB-MJW

PAUL G. SZILAGYI, individually and as Trustee for the
Paul G. Szilagyi Revocable Trust,

Plaintiff(s),

v.

RESOURCING EDGE, INC., a Texas corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint to Add Claim for Exemplary Damages (Docket No. 7) is granted. No response was filed, and thus the motion is deemed confessed. It is thus further

ORDERED that the tendered First Amended Complaint and Jury Demand (Docket No. 7-1 and 7-2) is accepted for filing as of the date of this Minute Order.

Date: May 14, 2014