IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 14-CV-01082-REB-MJW

PAUL G. SZILAGYI, individually and as trustee for the Paul G. Szilagyi Revocable Trust,

      Plaintiff,

v.

RESOURCING EDGE, INC., a Texas corporation,

      Defendant.

**MINUTE ORDER**[1]

The matters before the court are: (1) the **Plaintiff's Notice of Withdrawal of Request for Award of Attorney Fees and Costs** [#41][2] filed January 9, 2015; and (2) the **Plaintiff's Brief in Support of Award of Attorney Fees and Costs** [#37] filed July 31, 2014.  The notice [#41] indicates that the parties have settled this case including the claim of the plaintiff for an award of attorney fees and costs.  After reviewing the Notice and the case, it is

**ORDERED** the **Plaintiff's Brief in Support of Award of Attorney Fees and Costs** [#37] filed July 31, 2014, read as a motion for an award of attorney fees and costs, is denied as moot.

Dated: March 25, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.